McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN     #3639-0
TROY J. H. ANDRADE  #9542-0
JESSICA M. WAN      #10183-0
JORDAN K. INAFUKU   #10392-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com; andrade@m4law.com;
       jwan@m4law.com; jinafuku@m4law.com

Attorneys for Defendant
MEDCAH, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARK ANTHONY DIAZ (Secured Party),<br><br>Plaintiff,<br><br>vs.<br><br>MEDCAH COLLECTION AGENCY,<br><br>Defendant. | CIVIL NO. 15-00450 LEK-BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br>Trial: March 21, 2017<br>Judge: The Hon. Leslie E. Kobayashi |

STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED, by and between Plaintiff MARK

ANTHONY DIAZ, appearing *pro se*, and Defendant MEDCAH COLLECTION

342709.1

AGENCY, by and through its counsel, McCorriston Miller Mukai MacKinnon LLP, that any and all claims and parties in this action be and hereby are DISMISSED WITH PREJUDICE pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and LR41.1.

There are no remaining claims or parties. Trial is currently set for March 21, 2017. All appearing parties have signed this stipulation and shall bear their own respective attorneys' fees and costs.

The parties further agree that this Stipulation may be executed in counterparts with the same effect as if all parties had signed the same document.

DATED: Honolulu, Hawai'i, _____JUN 1 3 2016_____.

_____
DAVID J. MINKIN
TROY J. H. ANDRADE
JESSICA M. WAN
JORDAN K. INAFUKU

Attorneys for Defendant
MEDCAH COLLECTION AGENCY

---

*Mark Anthony Diaz v. Medcah Collection Agency*, Civil No. 15-00450 LEK-BMK;
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**

_[signature]_
MARK ANTHONY DIAZ
Plaintiff, *Pro Se*

APPROVED AS TO FORM:

APPROVED AND SO ORDERED:

_[signature]_
LESLIE E. KOBAYASHI
UNITED STATES DISTRICT JUDGE

---

*Mark Anthony Diaz v. Medcah Collection Agency*, Civil No. 15-00450 LEK-BMK;
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES**